```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 03072
    ANDRE BLACKWELL
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-0683


-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 02/22/2007 and was not confirmed.

     The case was dismissed without confirmation 09/12/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                            PAID            PAID
-----------------------------------------------------------------------
BANK OF AMERICA            SECURED                   .00         .00             .00
BANK OF AMERICA            UNSEC W/INTER NOT FILED           .00             .00
DAIMLER CHRYSLER           SECURED VEHIC   37809.92          .00         5616.92
BARCLAYS CAPITAL REAL ES   CURRENT MORTG        .00          .00             .00
BARCLAYS CAPITAL REAL ES   MORTGAGE ARRE   22446.65          .00             .00
IL DEPT OF HEALTHCARE &    DSO ARREARS     13190.77          .00             .00
FIRST PREIMER BANK         UNSEC W/INTER NOT FILED           .00             .00
MEDICAL COLLECTIONS SYS    UNSEC W/INTER NOT FILED           .00             .00
DAIMLER CHRYSLER           UNSEC W/INTER     292.77          .00             .00
IL DEPT OF HEALTHCARE &    UNSEC W/INTER   32631.04          .00             .00
LATINA CARR                NOTICE ONLY   NOT FILED           .00             .00
ROUNDUP FUNDING LLC        UNSEC W/INTER     439.74          .00             .00
ILLINOIS DEPT OF REVENUE   PRIORITY           31.00          .00             .00
IL DEPT OF PUBLIC AID      DSO ARREARS    NOT FILED          .00             .00
IL DEPT OF PUBLIC AID      SECURED          4708.00          .00          188.18
DOLLIE I WARREN REED       DEBTOR ATTY         .00                           .00
TOM VAUGHN                 TRUSTEE                                        394.90
DEBTOR REFUND              REFUND                                            .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                    6,200.00

PRIORITY                                              .00
SECURED                                          5,805.10
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                              394.90
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                     6,200.00              6,200.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 03072 ANDRE BLACKWELL
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE